UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

THOMAS HULBERT, KENDRA HULBERT,
B.D., A MINOR BY HIS GUARDIAN
KENDRA HULBERT AND S.F., A MINOR
BY HER GUARDIAN KENDRA HULBERT,

    Plaintiffs,

v

ERIN MATUZ, BOTH INDIVIDUALLY
AND IN HER OFFICIAL CAPACITY,
BARBARA KLINGENMAIER, BOTH
INDIVIDUALLY AND IN HER OFFICIAL
CAPACITY AND MAURA D. CORRIGAN,
IN HER OFFICIAL CAPACITY AS
DIRECTOR OF MICHIGAN
DEPARTMENT OF HUMAN SERVICES,

    Defendants.

No. 1:11-cv-1347

HON. ROBERT HOLMES BELL

| Joshua S. EldenBrady (P73207) | Mark E. Donnelly (P39281) |
|---|---|
| Attorney for Plaintiffs | Joseph T. Froehlich (P71887) |
| 1336 Spring Street | Assistant Attorneys General |
| Muskegon, Michigan  49442 | Attorneys for Defendants |
| 517.630.1013 | P.O. Box 30736 |
| | Lansing, Michigan  48909 |
| | 517.373.6434 |

**STIPULATED ORDER OF DISMISSAL**

    This matter is before the court on the stipulation of the Plaintiffs and the Defendants dismissing this action, with prejudice and without costs or attorney fees.

IT IS ORDERED that this action is DISMISSED with prejudice and without costs or attorney fees to any party.

_____
Honorable Robert Holmes Bell

Stipulated and Approved for Entry:

*s/Joshua S. EldenBrady (w/consent)*
Joshua S. EldenBrady (P73207)
Attorney for Plaintiffs

*s/Mark E. Donnelly (P39281)*
Mark E. Donnelly (P39281)
Attorney for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on February 17, 2012, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing as well as via US Mail to all non-ECF participants.

*s/Mark E. Donnelly (P39281)*
Mark E. Donnelly (P39281)
Assistant Attorney General
PO Box 30736
Lansing, Michigan  48909
517.373.6434
Email:  donnellym@michigan.gov
P39281